IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JILL MAUREEN SERO                                                                        PLAINTIFF

V.                      CIVIL ACTION NO. 2:16-cv-2112-MEF

NANCY A. BERRYHILL, Acting
Commissioner Social Security Administration[1]                          DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court does not find substantial evidence to support the ALJ's RFC determination in this case. Accordingly, on remand, the ALJ is directed to order a consultative neurological exam,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

complete with an RFC assessment. He is further ordered to request RFC assessments from Plaintiff's treating physicians.

      IT IS SO ORDERED AND ADJUDGED on this the 26th day of April, 2017.

                                      /s/ Mark E. Ford
                                      HON. MARK E. FORD
                                      UNITED STATES MAGISTRATE JUDGE